IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID ROBIN WHITMORE, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CIV-10-413-M |
| PEGGY HAUNG, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On October 21, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that defendants' motion for summary judgment be granted in favor of defendants. The parties were advised of their right to object to the Report and Recommendation by November 10, 2010. On November 12, 2010, plaintiff filed his objection, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 21, 2010 ;

(3)   GRANTS defendants' Motion to Dismiss/ Motion for Summary Judgment [docket no. 23]; and

(4)   ORDERS that judgment issue forthwith in favor of defendants and against plaintiff on each of plaintiff's federal law claims.

**IT IS SO ORDERED this 8th day of December, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE